UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOL DE JANEIRO USA, INC. and SOL DE JANEIRO IP, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MCOBEAUTY PTY LTD, MCOBEAUTY, INC., DBG HEALTH PTY LTD, and VIDACORP PTY LTD,<br><br>        Defendants. | Case No. 24-cv-8862 |

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(a)(i)

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Sol de Janeiro USA, Inc. and Sol de Janeiro IP, Inc. ("Plaintiffs") voluntarily dismiss without prejudice their claims in the above-captioned action against (i) Defendant DBG Health Pty Ltd ("DBG Health") and (ii) Defendant VidaCorp Pty Ltd ("VidaCorp"). DBG Health and VidaCorp have not served an answer or a motion for summary judgment in this action. Therefore, Plaintiffs' dismissal of their claims only against DBG Health and VidaCorp is permitted by Fed. R. Civ. P. 4l(a)(l)(A)(i) without a Court Order. *See Azkour v. Haouzi*, No. 11 CIV. 5780 RJS KNF, 2013 WL 3972462, at *3 (S.D.N.Y. Aug. 1, 2013) (holding that "the Court joins other courts in this Circuit in interpreting Rule 41(a)(1)(A) as permitting the withdrawal of individual claims"). Plaintiffs' dismissal is not intended to and does not affect any of the other claims asserted in the Complaint or any of its claims against other defendants in this action.

1400055207.1

Dated: June 25, 2025

                                       **K&L GATES LLP**

                                       */s/ John J. Cotter*
John J. Cotter (Bar No. 2337574)
john.cotter@klgates.com
Brandon R. Dillman (*pro hac vice*)
brandon.dillman@klgates.com
1 Congress Street, Suite 2900
Boston, Massachusetts 02114-2023
Phone: 617 261 3100

*Attorneys for Plaintiffs Sol de Janeiro USA, Inc. and Sol de Janeiro IP, Inc.*

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 6/27/2025
New York, New York