UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOL DE JANEIRO USA, INC. and SOL DE JANEIRO IP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MCOBEAUTY PTY LTD and MCOBEAUTY, INC. <br><br> Defendants. | Case No. 1:24-cv-08862-ER <br><br> JURY TRIAL DEMANDED |

### MEMORANDUM OF LAW IN SUPPORT OF SOL DE JANEIRO'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and the Case Management Plan (Dkt. No. 22, entered as an order on June 22, 2025), Plaintiffs Sol de Janeiro USA, Inc. and Sol de Janeiro IP, Inc. (collectively, "Sol de Janeiro") respectfully move for leave to file the Amended Complaint attached as Exhibit 1.  A redlined version showing the proposed changes is attached as Exhibit 2.

The Court should allow Sol de Janeiro to file the Amended Complaint, which primarily updates the Complaint to account for three additional infringing products that MCoBeauty began selling in the United States after the original Complaint was filed. The Amended Complaint also includes facts that MCoBeauty uses the "Sol de Janeiro" trademark as a key search word on its website to locate the infringing products. Sol de Janeiro presented the proposed Amended Complaint to MCoBeauty and MCoBeauty stated that it would not oppose this Motion.

### FACTUAL BACKGROUND

Sol de Janeiro filed its Complaint based on MCoBeauty's false claims and misuse of Sol de Janeiro's fragrances, packaging, and goodwill to advertise and sell MCoBeauty's own products.

1

MCoBeauty is an Australian company, which sells alleged duplicates of Sol de Janeiro Cheirosa Perfume Mists 40, 48, 59, 62, 68, 71, 87, and 76 as MCoBeauty Fragrance Mists No. 0, No. 1, No. 2, No. 3, No. 4, No. 6, and No. 7 (the "Infringing Products).

On November 20, 2024, Sol de Janeiro filed the Original Complaint against MCoBeauty with the following claims: (1) Count I – False Advertising Under 15 U.S.C. § 1125; (2) Count II – Trademark Infringement Under 15 U.S.C. § 1125; and (3) Count III – Violation of New York Unfair Trade Practices Act Under N.Y. Gen. Bus. Law § 349, et seq. Dkt. 1.

On June 11, 2025, Sol de Janeiro and MCoBeauty filed a joint Civil Case Plan and Proposed Scheduling Order. Dkt. 22. Under this Scheduling Order, the parties may file amended pleadings until October 28, 2025. *Id.*

Since Sol de Janeiro filed its original Complaint in November 2024, MCoBeauty has continued to sell its Infringing Products in the United States and has begun selling three fragrances, MCoBeauty Fragrance Mists No. 0/No. 5, No. 6, and No. 7, which were previously only available outside the United States. *See* Dkt. 1 ¶¶ 98-101.

## THE PROPOSED AMENDEMNT

Sol de Janeiro seeks to amend the Original Complaint to add three Infringing Products (i.e. additional fragrances) that MCoBeauty began selling in the United States after the Original Complaint was filed. *See* Amended Complaint ¶¶ 43-54, 88-90, 100. In addition, Sol de Janeiro seeks to add facts that it discovered after the Original Complaint, which show that MCoBeauty uses the keywords "Sol de Janeiro" and "Sol" to identify the Infringing Products on its website. *See* Amended Complaint ¶ 97. Sol de Janeiro also identifies new fragrances that are currently sold by MCoBeauty outside the United States but which may be sold by MCoBeauty in the United States in the future. *See* Amended Complaint ¶¶101-104. Finally, Sol de Janeiro seeks to update

2

the Complaint to remove references to parties that are no longer defendants in this litigation and to update the Complaint to reflect recent awards Sol de Janeiro has received based on its Cheirosa Perfume Mists. *See* Amended Complaint ¶¶ 4-6, 16. Sol de Janeiro does not seek to add any new counts in the proposed Amended Complaint.

## ARGUMENT

Because Sol de Janeiro is filing this Motion for Leave to amend its Complaint within the ordered Case Management Plan (Dkt. No. 22 and June 22, 2025 Minute Entry), the court "should freely give leave when justice so requires." Fed. R. Civ. Pro. 15(a)(2). Sol de Janeiro has good cause to amend the Complaint. The amendments sought are factual, but essential. They add no new standalone counts. And MCoBeauty will not suffer any prejudice from the amendment.

### A.  MCoBeauty Will Suffer No Prejudice From the Amendment

Sol de Janeiro's proposed amendments do not prejudice MCoBeauty. As explained above, Sol de Janeiro seeks only to add three additional Infringing Products that MCoBeauty began selling since this complaint was filed, to add newly discovered facts and Sol de Janeiro awards, and to remove parties that are no longer part of this litigation. The three additional Infringing Products are different MCoBeauty fragrances in the same trade dress as raised in the original Complaint.

Sol de Janeiro's proposed amendment will not require MCoBeauty to expend any significant additional resources to conduct discovery or prepare for trial, nor will it delay the resolution of this dispute, particularly given the agreed and ordered Case Management Plan permitting amended pleading through October 28, 2025 (Dkt. No. 22 at 7) and that the parties have yet to take any party depositions and discovery is still ongoing.

**CONCLUSION**

For the reasons stated above, the Court should allow Sol de Janeiro's Motion for Leave to File an Amended Complaint.

Dated: October 28, 2025

Respectfully submitted,

SOL DE JANEIRO USA, INC. and SOL DE JANEIRO IP, INC.,

By their counsel,

*/s/ John J. Cotter*
John J. Cotter (Bar No. 2337574)
john.cotter@klgates.com
Maggie A. Cooney (*pro hac vice*)
maggie.cooney@klgates.com
1 Congress Street, Suite 2900
Boston, Massachusetts 02114-2023
Phone: 617 261 3100

*Attorneys for Plaintiffs Sol de Janeiro USA, Inc. and Sol de Janeiro IP, Inc.*