**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOL DE JANEIRO USA, INC., and<br>SOL DE JANEIRO IP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MCOBEAUTY PTY LTD and<br>MCOBEAUTY, INC.,<br><br>Defendants. | Case No. 1:24-cv-08862-ER |

**DEFENDANTS MCOBEAUTY PTY LTD and MCOBEAUTY, INC.'S**
**<u>NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT</u>**

**PLEASE TAKE NOTICE** that, upon the pleadings and the annexed Memorandum of Law, and all prior pleadings and proceedings herein, Defendants MCoBeauty Pty Ltd and MCoBeauty, Inc. ("**MCoBeauty**"), through their attorneys, hereby move this Court, before the Hon. Edgardo Ramos, United States District Judge, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, at a date and time to be determined by this Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing all claims against MCoBeauty with prejudice in their entirety, and awarding such other relief as the Court may deem just and proper.

As further explained in MCoBeauty's Memorandum of Law, Plaintiffs Sol de Janeiro USA, Inc. and Sol de Janeiro IP, Inc.'s ("**Plaintiffs**" or "**SDJ**") Amended Complaint (Dkt. 41) must be dismissed for failing to plead a claim for which relief can be granted. The allegations in SDJ's Amended Complaint are no more than conclusory statements lacking factual support; the Amended Complaint fails to bring plausible causes of action of false advertising or trade dress infringement under the Lanham Act or deceptive acts or practices in violation of Section 349 of

the New York General Business Law. In addition, Plaintiffs do not plead any concrete harm or injury and therefore have not shown standing under Article III. Plaintiffs have demonstrated no entitlement to relief.

Dated: January 27, 2026

Respectfully Submitted,

**POLSINELLI PC**

*/s/ Emily C. McNally*

Michelle G. Bernstein
315 Biscayne Boulevard, Suite 400
Miami, FL 33131
(305) 921-1800
mbernstein@polsinelli.com
cmoreno@polsinelli.com

Emily C. McNally (admitted *pro hac vice*)
1000 Second Avenue, Suite 3500
Seattle, WA 98104
(206) 393-5400
emcnally@polsinelli.com

*Counsel for Defendants MCoBeauty Pty Ltd and MCoBeauty, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of January, 2026, I caused copies of the Notice of Motion to Dismiss, Memorandum of Law in Support of Motion to Dismiss, and [Proposed Order] Granting Motion to be served to all counsel of record via ECF.

Dated: January 27, 2026

**POLSINELLI PC**

*/s/ Emily C. McNally*
Emily C. McNally

*Counsel for Defendants MCoBeauty Pty Ltd and MCoBeauty, Inc.*