

March 9, 2026

Michelle G. Bernstein
305.921.1818
212.413.2848
mbernstein@polsinelli.com

**Via ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007-1312

    Re:   *Sol de Janeiro, Inc., et al v. MCo Beauty Pty Ltd,*
            Case 1:24-cv-08862-ER
            **Request for Discovery Conference**

Dear Judge Ramos,

    This firm represents Defendants MCoBeauty Inc. and MCoBeauty Pty Ltd (together, "MCoBeauty" or "Defendants") in the above-referenced action. Pursuant to this Court's Individual Practices and Local Civil Rule 37.2, MCoBeauty respectfully requests a conference to address discovery deficiencies arising from months of dilatory action on the part of Plaintiffs Sol de Janeiro USA, Inc. and Sol de Janeiro IP, Inc. (together, "Sol de Janeiro" or "SDJ") in responding to MCoBeauty's interrogatories and document requests.

    On July 18, 2025, MCoBeauty served SDJ with Interrogatories and Requests for Production of Documents. With MCoBeauty's agreement to extend the thirty-day deadline, SDJ responded September 1, 2025. Minimal responsive information was provided at that time, and very little has followed in the six months that have passed since. This unexplained delay prejudices MCoBeauty's ability to notice and prepare for depositions and properly defend itself against SDJ's allegations, particularly since fact discovery is set to close on May 15, 2026. *See* Dkt. No. 44.

**SDJ's Interrogatory Responses**

    SDJ's September 1, 2025 interrogatory responses consisted almost entirely of objections and promises to respond later. SDJ provided only a handful of names of potential witnesses in response to MCoBeauty's inquiries and no responsive information regarding SDJ's calculation of damages or description of relevant materials. The witnesses named in the responses were inconsistent with those provided in SDJ's R. 26 initial disclosures, creating confusion as to identification of appropriate fact witnesses. Several of MCoBeauty's interrogatories requested

Atlanta | Boston | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth | Houston
Kansas City | Los Angeles | Miami | Nashville | New York | Park City | Philadelphia | Phoenix | Raleigh
Salt Lake City | San Diego | San Francisco | Seattle | St. Louis | Washington, D.C. | Wilmington
polsinelli.com

109499531.2

Hon. Edgardo Ramos
March 9, 2026
Page 2

information about SDJ's claims and contentions, and SDJ understandably objected under Local Civil Rule 33.3, but nevertheless stated "SDJ USA will respond to this interrogatory in accordance with Local Rule 33.3." No supplementation has occurred.

### SDJ's Document Productions

On October 17, 2025, SDJ produced 4,521 documents. Of those, 4,491 were promotional and/or marketing images, product images, stock photographs, advertisements, or other materials depicting SDJ's products. These images are at best, partially responsive to one of MCoBeauty's fifty-one requests. The remainder of the production was a mere thirty documents.

On December 23, 2025, after agreeing in e-mail correspondence to exchange "financial documents," SDJ made its second production: one two-page document containing two summary tables of sales information. No additional financial information has been provided, and the meager production SDJ has made is irrelevant to MCoBeauty's assessment of SDJ's damage, if any.

The parties agreed to meet and confer on March 6, 2026 to discuss SDJ's lack of response. That morning, SDJ postponed the meeting and made its third production, consisting of 511 documents. Metadata for these documents revealed that 134 of them were retrieved in October of 2025, all of which are pdfs of website articles or SDJ's social media and do not reference the accused products. The remaining 377 documents are also screen grabs or pdfs of website articles or social media posts. Metadata revealed that these were not retrieved by SDJ until February of 2026. The documents in this third production have little, if any, bearing on SDJ's allegations against MCoBeauty, and there is no plausible justification for SDJ waiting a full month to produce these documents.

### MCoBeauty's Efforts to Obtain Responsive Material

On February 9, 2026, MCoBeauty sent SDJ a letter outlining the deficiencies in SDJ's discovery responses. That letter requested that SDJ provide a date certain by when SDJ would supplement its interrogatory responses and complete its document production. SDJ did not respond.

Incredibly, by email dated March 2, 2026, SDJ stated that it was running ESI searches for documents responsive to documents requested by MCoBeauty in July 2025. SDJ filed suit in November 2024 and has sat on the discovery requests MCoBeauty served since July 2025. SDJ's delay in producing responsive documents is indefensible.

The parties met and conferred on March 9, 2026. In attendance on behalf of MCoBeauty were Michelle Bernstein and Emily McNally. In attendance on behalf of SDJ were John Cotter and Maggie Cooney. The conference lasted approximately 13 minutes. MCoBeauty asked for a date certain by when SDJ would complete its document production and supplement its interrogatory responses. SDJ estimated that these things would be complete in the coming weeks, but would not commit to a date.

### SDJ's Unexcusable Delay Prejudices MCoBeauty

The May 15, 2026 close of fact discovery is fast-approaching. *See* Dkt. No. 44. SDJ, as the plaintiff in this action, bears the burden of proving its claims. MCoBeauty is aware of no reasonable explanation for SDJ's lack of diligence. Moreover, without an opportunity to review SDJ's documents and properly supplemented interrogatory responses, including responses

2

Hon. Edgardo Ramos
March 9, 2026
Page 3

supporting the contentions in SDJ's Amended Complaint, MCoBeauty cannot prepare for and notice depositions or prepare for expert disclosures in this case. MCoBeauty believes that the parties are at an impasse and, unless directed by this Court, SDJ will continue to slow-walk its production, in disregard of this Court's deadlines and MCoBeauty's right to investigate the claims against it and prepare its defense.

***

For the foregoing reasons, MCoBeauty respectfully requests that the Court set a discovery conference to address SDJ's dilatory conduct and impose certainty on when MCoBeauty will be in receipt of SDJ's supplemented interrogatory responses and document production, and sanctions in the form of attorneys' fees incurred in connection with the anticipated motion to compel.

Respectfully submitted,

*/s/ Michelle G. Bernstein*

Michelle G. Bernstein

cc:  All counsel of record (*via ECF*)