K&L GATES

**MEMO ENDORSED**

The case is stayed until after Sol de Janeiro has filed a Second Amended Complaint and the first of either MCoBeauty answering the Amended Complaint or the Court deciding any motion to dismiss filed by MCoBeauty.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: October 9, 2026
New York, New York

October 8, 2026

**Via ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re: Sol de Janeiro USA, Inc. et al v. MCoBeauty Pty Ltd et al.**
Case No. 1:24-cv-08862-ER

Dear Judge Ramos:

The parties have met and conferred and respectfully submit this joint letter motion requesting that the Court stay this action until after Sol de Janeiro has filed a Second Amended Complaint and the first of either MCoBeauty answering the Amended Complaint ("Answer") or the Court deciding any motion to dismiss filed by MCoBeauty ("Decision").

This request follows the Court's September 30, 2026 Order (Dkt. 68), which granted in part and denied in part MCoBeauty's Motion to Dismiss the First Amended Complaint. The Order permits Sol de Janeiro to file a Second Amended Complaint by October 20, 2026 and requires MCoBeauty to file an answer or other responsive pleading by November 3, 2026. Sol de Janeiro intends to file its Second Amended Complaint by the October 20, 2026 deadline.

To conserve judicial and party resources, the parties respectfully request that a stay be entered until the first of either an Answer or a Decision.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163, 81 L. Ed. 153 (1936). Accordingly, "the decision whether to issue a stay is [therefore] firmly within a district court's discretion." *LaSala v. Needham & Co., Inc.*, 399 F. Supp. 2d 421, 427 (S.D.N.Y. 2005) (internal citation omitted).

K&L GATES LLP
ONE CONGRESS STREET BOSTON MA 02114
T +1 617 261 3100 F +1 617 261 3175 klgates.com

In deciding whether to stay proceedings, courts in the Second Circuit consider five factors: "(1) the private interests of the plaintiffs in proceeding expeditiously with the civil litigation as balanced against the prejudice to the plaintiffs if delayed; (2) the private interests of and burden on the defendants; (3) the interests of the courts; (4) the interests of persons not parties to the civil litigation; and (5) the public interest." *Finn v. Barney*, No. 08-CV-2975, 2008 WL 5215699, at *2 (S.D.N.Y. Dec. 8, 2008).

These factors favor a stay. As to the first and second factors, both parties agree that a stay would benefit their interests by avoiding unnecessary litigation while the operative complaint is established. The third factor likewise favors a stay because it would promote the "efficient use of judicial resources" by preventing the parties and the Court from expending resources on potentially unnecessary efforts. *Catskill Mts. Chapter of Trout Unlimited, Inc. v. United States EPA*, 630 F. Supp. 2d 295, 304 (S.D.N.Y. 2009). Finally, the fourth and fifth factors support a stay because this dispute is between private parties, and a stay would not materially prejudice any nonparty or the public interest.

If a stay is entered, the parties have differing proposals on next steps after the Answer or Decision: Given that discovery proceeded for all First Amended Complaint claims, Sol de Janeiro proposes extending fact discovery by one month to accommodate any additional discovery required by the Second Amended Complaint, with expert reports to follow using the same timing as set in the current schedule (Dkt. 61); It is MCoBeauty's position that it cannot make a reasonable proposal until it has evaluated Sol de Janeiro's Second Amended Complaint to determine what additional discovery is needed, and therefore proposes that, following the Answer or Decision, the parties negotiate in good faith regarding a revised case schedule and propose the same to Court.

Thank you for the Court's consideration.

Respectfully Submitted,

/s/ *John J. Cotter*

John J. Cotter

cc: All counsel of record (via ECF)