**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOL DE JANEIRO USA, INC. and SOL DE JANEIRO IP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MCOBEAUTY PTY LTD and MCOBEAUTY, INC.,<br><br>Defendants. | Case No. 24-cv-8862<br><br>JURY TRIAL DEMANDED |

# SECOND AMENDED COMPLAINT AND JURY DEMAND

Plaintiffs Sol de Janeiro USA, Inc. and Sol de Janeiro IP, Inc. (together "Plaintiffs" or "Sol de Janeiro") for their complaint against Defendants MCoBeauty Pty Ltd and MCoBeauty, Inc. (together "Defendants" or "MCoBeauty"), state and allege as follows:

## INTRODUCTION

This is an action for false advertising, trade dress infringement, and unfair competition against MCoBeauty based on MCoBeauty's false claims and misuse of Sol de Janeiro's fragrances, packaging, and goodwill to advertise and sell MCoBeauty's own products. Sol de Janeiro's fragrances — specifically the Sol de Janeiro Cheirosa Perfume Mists 40, 48, 59, 62, 68, 71, 87, and 76 (together, the "Sol de Janeiro Cheirosa Perfume Mists") — are sold to millions worldwide to critical acclaim. Sol de Janeiro's millions of followers on social media recognize the alluring smells and distinctive packaging of Sol de Janeiro's fragrances as some of the finest mist fragrances on the market today.

To seize on the popularity of Sol de Janeiro's Cheirosa Perfume Mists, MCoBeauty created cheap knockoffs — MCoBeauty Fragrance Mists No. 0, No. 1, No. 2, No. 3, No. 4, No. 5, No. 6,

No. 7, No. 8, No. 9, No. 10, and No. 11, which MCoBeauty sells in the U.S. (together the "Infringing Products"). The Infringing Products attempt to mimic popular Sol de Janeiro fragrances:


















To sell its knockoff fragrances, MCoBeauty publishes, endorses, sponsors, hosts, and/or supports on MCoBeauty's website and on social media statements that MCoBeauty's fragrances are copies or duplicates of eight of Sol de Janeiro's popular line of Cheirosa Perfume Mists:





[1]

In a video published by MCoBeauty on MCoBeauty's YouTube channel,[2] MCoBeauty states that MCoBeauty Fragrance Mist No. 1 "smells exactly" like Sol de Janeiro's Cheirosa Perfume Mist 40. In fact, MCoBeauty's Infringing Products are not the same as Sol de Janeiro's products, including because they (a) are not produced with the same ingredients used by Sol de Janeiro; (b) have olfactory differences as the Infringing Products do not present the same fragrances or smell "exactly" like Sol de Janeiro's products; and (c) have intensity differences as the Infringing Products lose their smell more quickly than Sol de Janeiro fragrances. MCoBeauty is capitalizing further on the claimed comparison to Sol de Janeiro's products by imitating Sol de Janeiro's registered mark to package and sell MCoBeauty's products in a way that is likely to cause confusion or mistake, to tarnish Sol de Janeiro's goodwill through false association with MCoBeauty's low-quality products, or to deceive consumers.

MCoBeauty's misconduct violates Section 43 of the Lanham Act by trade dress infringement and constitutes unfair competition and trademark infringement under New York state law.

---

[1] User review excerpts found at https://us.mcobeauty.com.

[2] MCoBeauty, "@laurenilord tries our brand NEW Fragrance Mist in the scent No.1 💖", available at https://www.youtube.com/watch?v=Ep47L7cgqFw&t=5s (last visited October 20, 2026).

## PARTIES

1. Plaintiff Sol de Janeiro USA, Inc. is a Delaware corporation having a place of business at 60 East 42nd Street, 19th Floor, New York, NY 10065.

2. Plaintiff Sol de Janeiro IP, Inc. is a corporation organized under the laws of Delaware with a principal place of business at 60 East 42nd Street, 19th Floor, New York, NY 10065.

3. Defendant MCoBeauty Pty Ltd is an Australian corporation having a regular and established place of business at Level 9, 10 Bridge Street, Sydney NSW 2000, Australia and a U.S. Head Office at 50 Rockefeller Plaza, Level 12, Suite A, New York, NY 10020.

4. Defendant MCoBeauty, Inc. is a Delaware corporation having a regular and established place of business at 50 Rockefeller Plaza, Level 12, Suite A, New York, NY 10020.

## JURISDICTION AND VENUE

5. This Court has personal jurisdiction over MCoBeauty because it operates in the State of New York and/or the wrongful acts committed by MCoBeauty occurred in and are causing injury in the State of New York.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) in that, upon information and belief, the MCoBeauty entities are subject to personal jurisdiction in the State of New York and/or the wrongful acts committed by the MCoBeauty entities occurred in and are causing injury in the State of New York. Defendant MCoBeauty, Inc. resides in New York, and each of the MCoBeauty entities has an established place of business at 50 Rockefeller Plaza, Level 12, Suite A, New York, NY 10020.

7. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1121 and 1125, 28 U.S.C. §§ 1331 and 1338(a) and (b), and because this Complaint raises claims

arising under federal law, specifically, the Lanham Act.

8. This Court has subject matter jurisdiction over Plaintiffs' related state law claims pursuant to 28 U.S.C. § 1367.

## FACTS

### I. Sol de Janeiro's Fragrance Products

9. Founded in 2015, Sol de Janeiro is a leading distributor and retailer of premium quality skin, hair, and body care products (the "Sol de Janeiro Products").

10. Sol de Janeiro is renowned for its premium range of cosmetic products.

11. Sol de Janeiro has a global reputation for the Sol de Janeiro Products and the SOL DE JANEIRO brand, gaining attention and popularity through many social media and distribution channels.

12. Sol de Janeiro Products are vegan-friendly, cruelty-free, sulfate-free, phthalate-free and paraben-free and are inspired by an authentic Brazilian philosophy of self-love and joy.

13. Sol de Janeiro Products are known for their luscious textures, effective formulations, and transportive, gourmand fragrances.

14. Since 2020, Sol de Janeiro has sold over 100 million units of beauty and cosmetic products in the U.S. and worldwide, consisting of fragrances, skin care products, and other beauty products, generating hundreds of millions of dollars in revenue. In 2023, Sol de Janeiro had a 174% sales increase, with over $450 million in revenue, during the six-month period ending on September 30, 2023. In the third quarter of 2023, U.S. sales alone grew by over 19%.

15. Since 2020, Sol de Janeiro has made substantial investments each year in advertising and promoting the Sol de Janeiro Products in the United States.

16. Sol de Janeiro has won several awards including the Latina Beauty Award in 2015

and Best Overall Product at the TRBusiness Travel Awards 2023, was nominated in two categories at the 2024 Fragrance Foundation Awards: Fragrance of the Year (Popular) and Consumer Choice (Women's Popular), was listed in the Allure 2025 Readers' Choice Awards for the body category, won the NewBeauty 2026 Best Fragrance Body Mist Award, and was nominated in the 2026 Fragrance Foundation Awards: Fragrance of the Year (Popular) and Consumer Choice (Women's Popular). Sol de Janeiro was also honored as one of WWD Beauty Inc.'s 2024 Most Powerful Beauty Brands and as one of WWD Beauty Inc.'s 2025 Most Powerful Beauty Brands. Sol de Janeiro was named Sephora's biggest-ever seller in body care in 2023.

17. As a result of the widespread promotion and popularity of its products, its high number of social media followers, and substantial sales in the United States, Sol de Janeiro has generated significant goodwill among American consumers for its brand and premium products.

18. Sol de Janeiro's best-selling products include the Cheirosa Body Mists Products, shown below:



19. The Sol de Janeiro Cheirosa Perfume Mists are a range of hair and body fragrance mist products, originally inspired by the scents of Sol de Janeiro's successful and well-known Brazilian Bum Bum product.

20. The Sol de Janeiro Cheirosa Perfume Mists bear a unique and distinctive look that is recognized by consumers as indicating the source of these products as Sol de Janeiro.

21. The look of the Sol de Janeiro Cheirosa Perfume Mists pictured above in paragraph 18 is distinctive, non-functional, and uniquely and solely associated with Sol de Janeiro.

22. Sol de Janeiro owns trade dress rights in the combination of its unique bottle, cap, and label, including its unique use and selection of elements, text, and graphics.

23. Specifically, the Sol de Janeiro trade dress includes the combination of some or all of the following elements:

a. An elongated translucent bottle with an elongated opaque white cap;

b. The elongated, opaque, cylindrical white cap has stylized wording in the same white color embossed on the cap;

c. The elongated opaque white cap includes a diamond or rhombus shape with letters or words inside the shape;

d. The geometric shape outline on the elongated, translucent bottle (below the cap) which stretches from one side to the other of the bottle when viewed from the front;

e. Inside the oval on the elongated bottle at the top of the oval are the stylized words "Sol de Janeiro" or "Brazilian Crush" in white font;

f. Inside the oval on the elongated bottle below the text and approximately in the center of the oval are numbers in script font in larger font size than the words above it and below it;

g. The smaller text below the numbers is also in white font and contains a description of the fragrance profile;

h. No writing, font or graphic elements appear on the bottle underneath or otherwise outside of the label; and

i. A different colored translucent bottle is used for each different fragrance.

24. The elements described in paragraph 23 collectively are the "Sol de Janeiro Trade Dress."

25. The Sol de Janeiro Trade Dress was designed by Sol de Janeiro to convey a natural elegance and to embody the identity of the Sol de Janeiro brand.

26. In addition, Sol de Janeiro owns numerous registered and applied-for trademarks worldwide in classes 3 and 35.

27. Sol de Janeiro owns the trademark (U.S. App. No. 98/288,365) for:

SOL
DE
JANEIRO
FRAGRANCE
– CHEIROSA –
62

28. Sol de Janeiro owns the trademark (U.S. App. No. 98/413,927) for:



29. Sol de Janeiro owns the trademark (U.S. App. No. 98/414,013) for:



30. These elements and trademarks described above not only informed Sol de Janeiro's design of the Sol de Janeiro Products' packaging, but also its color, which Sol de Janeiro deliberately chose to lend a bright, warm, and cheerful tone to the products.

31. The Sol de Janeiro word and design trademarks, including but not limited to those identified in paragraphs 27 through 29 above, and the Sol de Janeiro Trade Dress are collectively referred to as the "Sol de Janeiro Marks." Sol de Janeiro IP, Inc. has provided Sol de Janeiro USA, Inc. the right and permission to use the Sol de Janeiro Marks in connection with the promotion, marketing, advertising, and sale of the Sol de Janeiro products in the United States.

32. Sol de Janeiro has invested significantly in promoting and advertising the Sol de Janeiro Marks.

33. The Sol de Janeiro Marks have been extensively featured in the press in trade and general publications, in digital and social media, and on Sol de Janeiro's highly frequented website and social channels.

34. The Sol de Janeiro Products are promoted and sold at many premium retailers, including Sephora and Ulta Beauty, and online retailers, including Amazon.com and Asos.com, and through Sol de Janeiro's website, www.soldejaneiro.com.

35. The Sol de Janeiro Products, Sol de Janeiro Marks, and Sol de Janeiro Trade Dress are featured prominently across the world through social media, including on Sol de Janeiro's TikTok account, which has 50.5 million likes and over 3.5 million followers, and Sol de Janeiro's Instagram account, which has over 3.3 million followers.

36. As a result of its widespread use, the Sol de Janeiro Trade Dress has achieved significant public recognition and renown and, as a result, become identified in the minds of consumers exclusively with the Sol de Janeiro Cheirosa Perfume Mists.

37. The Sol de Janeiro Trade Dress has substantial value and is a symbol of Sol de Janeiro's goodwill.

**II. The Sol de Janeiro Trade Dress is Non-Functional**

38. The Sol de Janeiro Trade Dress is non-functional. It is inspired by "cheirosa," which means to smell incredibly delicious, and reflects both Brazil's vibrant, joyful spirit and its natural elegance. Each Sol de Janeiro Cheirosa Perfume Mist is inspired by a specific year in Brazilian history, and its scent and appearance are designed to evoke that year. For example, Sol de Janeiro Cheirosa Perfume Mist 62 is inspired by 1962, when Brazilian singer Pery Ribeiro released "The Girl from Ipanema" and the world fell in love with Brazil's iconic beach culture. Sol de Janeiro Cheirosa Perfume Mist 62 evokes the beach, bossa, samba and a fun, natural sensualidade found only in Brazil through its bright orange bottle color, elegant lettering and numerals, elongated bottle and cap shape, and beautifully embossed cap.

39. The Sol de Janeiro Trade Dress is designed to convey the joyful spirit of Brazil and

the natural elegance of the Sol de Janeiro brand. For example, the curved "Sol de Janeiro" lettering and numerals convey a smooth, elegant appearance. The elongated white cap features an embossed diamond or rhombus enclosing letters or words; the bottle's white text and large number appear within an elongated geometric shape; and each fragrance is packaged in a "different colored translucent bottle." These are aesthetic, not functional, elements. The cap's white color and embossed design do not make the product function. The cap could be any size, proportion, or color. Sol de Janeiro selected the large, white cap to evoke Brazil's joyful spirit and to connect the Sol de Janeiro Cheirosa Perfume Mists to Sol de Janeiro's Bum Bum cream products. At the same time, the cap is elongated to reflect the natural elegance of the Sol de Janeiro brand.

40. In addition, the choice of an elongated bottle shape is non-functional. The container to hold the fragrance liquid did not have to be a plastic bottle; it could have been a pouch or a bag. Sol de Janeiro chose a long, translucent bottle shape to reflect the natural elegance of a woman in Brazil. Each bottle is colored to reflect the scene of a year in Brazil's history, with bright, fun colors that also reflect the joyful Brazilian spirit Sol de Janeiro is known for. For example, Sol de Janeiro Cheirosa Perfume Mist 68 captures the Tropicália Movement of 1968, a time of vibrant cultural transformation. The bright pink bottle "is inspired by the lush, abundant gardens of Rio where salted ocean air mingles with the big, bold flowers of Brazil."[3]

---

[3] Sol de Janeiro, https://soldejaneiro.com/blogs/fragrance/meet-our-new-cheirosa-68-perfume-mist (last visited October 20, 2026)







[4]

41. Sol de Janeiro Cheirosa Perfume Mist 40 is inspired by the excitement of Rio's legendary Carnaval Ball in 1840. The bright red bottle evokes both the joyful energy and the elegant sophistication of the Carnaval Ball.

[4] Sol de Janeiro, https://soldejaneiro.com/products/cheirosa-68-perfume-mist (last visited October 20, 2026)






[5]

42. The use of Sol de Janeiro Cheirosa Perfume Mists evokes an emotional response that makes people feel good when they use the products through the bottles that they are using and the smell they are experiencing. Many individuals have the Sol de Janeiro Cheirosa Perfume Mists lined up on their shelves because the Mists create an aesthetically beautiful look.[6]

[5] Sol de Janeiro, https://soldejaneiro.com/products/cheirosa-40-hair-body-fragrance-mist (last visited October 20, 2026)
[6] Pinterest, https://www.pinterest.com/pin/68748907136/ (last visited October 20, 2026)




43. The Sol de Janeiro Trade Dress is a fully customized design created to embody the brand's vibrant Brazilian spirit and natural elegance. To create that non-functional design, Sol de Janeiro works with manufacturers to develop custom molds and bottle colors for the Sol de Janeiro Cheirosa Perfume Mists. Far from providing a functional advantage, the Sol de Janeiro Trade Dress can complicate manufacturing. For example, the bottle's elegantly rounded base makes the bottles more prone to tipping on assembly lines. That curvature nevertheless is important to match the curvature of the Bum Bum cream products and conveys the brand's natural elegance. Another example is the custom cap, which requires custom color and molds and adds complexity and expense beyond what would be required for a stock cap. Sol de Janeiro pays a premium for using custom colors in its bottle and cap.

**III. MCoBeauty's Business Model Relies on the Goodwill and Success of Sol de Janeiro**

44. MCoBeauty is an Australian-based beauty brand that focuses on creating cheap knockoff beauty products.

45. As part of its marketing strategy, MCoBeauty posts pictures and videos encouraging the purchases of its products.

46. MCoBeauty also recruits third parties as "ambassadors" to encourage the purchases of its products.

47. On its website, MCoBeauty states that third parties are "invited to apply to our online community and connect to access everything you need as an MCoBeauty Brand Ambassador. We're Australia's leading luxe for less, cruelty-free and vegan beauty brand, creating trend-focused makeup and beauty solutions for under a luxe for less price."[7]

48. MCoBeauty advertises, manufactures, distributes, sells, and/or ships, without Sol de Janeiro's consent, a range of body and hair fragrance products that falsely claim to be duplicates or copies of the genuine Sol de Janeiro Products.

49. MCoBeauty's Infringing Products are the MCoBeauty Fragrance Mists No. 0, No. 1, No. 2, No. 3, No. 4, No. 5, No. 6, No. 7, No. 8, No. 9, No. 10, and No. 11.

50. MCoBeauty sells certain of the Infringing Products throughout the United States through its website[8] and in the State of New York at popular retailers, such as Kroger and Target. MCoBeauty advertises all the Infringing Products to consumers in the United States through its international websites and Instagram page.[9]

51. MCoBeauty and Sol de Janeiro both sell their products on Amazon, where their

[7] MCoBeauty, *MCoBeauty Australian Brand Ambassadors*, https://mcobeauty.com/pages/become-an-ambassador (last visited on October 20, 2026).
[8] MCoBeauty, *Shipping & Returns*, https://us.mcobeauty.com/pages/shipping-returns (last visited on October 20, 2026) ("MCoBeauty currently ships United States Wide").
[9] MCoBeauty's Main Website, https://mcobeauty.com/ (last visited October 20, 2026)
MCoBeauty's United Kingdom Website, https://mcobeauty.co.uk/ (last visited October 20, 2026)
MCoBeauty's Australian Instagram: https://www.instagram.com/mcobeauty/?hl=en (last visited October 20, 2026)

products are displayed and can be seen listed side-by-side. For example, searching "sol de janeiro fragrance mist" pulls the following search results:




[10]




[11]

52. As shown in the second image in paragraph 51, the MCoBeauty products are "

---

[10] *See* Exhibit A.

[11] *See* Exhibit B, Amazon, https://www.amazon.com/s?k=Sol+de+janiero+fragrance+mist&crid=3JKVV9DU6VFAR&sprefix=sol+de+janeiro+fragrance+mist%2Caps%2C291&ref=nb_sb_noss_1 (last visited October 12, 2026).

Sponsored ", which means MCoBeauty pays extra to have Amazon "promote [its] products to shoppers who are looking for similar items."[12]

53. MCoBeauty intended MCoBeauty Fragrance Mist No. 0 to duplicate Sol de Janeiro Cheirosa Perfume Mist 59.

54. MCoBeauty intended MCoBeauty Fragrance Mist No. 1 to duplicate Sol de Janeiro Cheirosa Perfume Mist 40.

55. MCoBeauty intended MCoBeauty Fragrance Mist No. 2 to duplicate Sol de Janeiro Cheirosa Perfume Mist 62.

56. MCoBeauty intended MCoBeauty Fragrance Mist No. 3 to duplicate Sol de Janeiro Cheirosa Perfume Mist 68.

57. MCoBeauty intended MCoBeauty Fragrance Mist No. 4 to duplicate Sol de Janeiro Cheirosa Perfume Mist 71.

58. MCoBeauty intended MCoBeauty Fragrance Mist No. 5 to duplicate Sol de Janeiro Cheirosa Perfume Mist 59. Since this action was filed, MCoBeauty renamed MCoBeauty Fragrance Mist No. 5 as MCoBeauty Fragrance Mist No. 0.

59. MCoBeauty intended MCoBeauty Fragrance Mist No. 6 to duplicate Sol de Janeiro Cheirosa Perfume Mist 87.

60. MCoBeauty intended MCoBeauty Fragrance Mist No. 7 to duplicate Sol de Janeiro Cheirosa Perfume Mist 48.

61. MCoBeauty intended MCoBeauty Fragrance Mist No. 8 to duplicate Sol de Janeiro Cheirosa Perfume Mist 76.

---

[12] Advertising.Amazon.com, https://advertising.amazon.com/help/GJUCNANNV3GQVXJZ (last visited October 20, 2026)

62. MCoBeauty intended MCoBeauty Fragrance Mist No. 9 to copy the look of Sol de Janeiro Cheirosa Perfume Mist 87.

63. MCoBeauty intended MCoBeauty Fragrance Mist No. 10 to copy the look of Sol de Janeiro Cheirosa Perfume Mist 40.

64. MCoBeauty intended MCoBeauty Fragrance Mist No. 11 to copy the look of Sol de Janeiro Cheirosa Perfume Mist 48.

65. The Infringing Products are not in fact duplicates or copies of the Sol de Janeiro Products because, among other reasons, the Infringing Products (a) are not the same as the Sol de Janeiro Products; (b) have olfactory differences; and (c) have intensity differences.

66. MCoBeauty is causing harm to Sol de Janeiro's Trade Dress and goodwill through MCoBeauty's poor product quality and negative reviews, such as the following:[13]

Would not recommend
17 May, 2026 Verified purchase

**great smell, poor packaging**

love the smell but poor packaging leaked everywhere and half leaked out.

Tawnz

Did you find this review helpful?

Helpful | Not helpful | Report review

31 December, 2025 Verified purchase

It was spilling when I opened the package but it smelled really good.

Target Team Member

Did you find this review helpful?

Helpful | Not helpful | Report review

Would not recommend
28 December, 2025 Verified purchase

the smell is somewhat vanilla but i dont catch any coconut. Its not a pleasant scent at all and I unfortunately will be returning. I love coconut anything and this was a big miss

Stephanie

**easy to apply** 3.0 out of 5 **easy to remove** 3.0 out of 5
**long lasting** 1.0 out of 5 **quality** 1.0 out of 5
**value** 2.0 out of 5

2 guests found this review helpful. Did you?

Helpful | Not helpful | Report review

[13] Target, https://www.target.com/p/mcobeauty-women-s-fragrance-mist-3-04-fl-oz/-/A-94579594?preselect=92680064#lnk=sametab (last visited October 20, 2026).

### A. MCoBeauty Falsely Advertises The Infringing Products

67. MCoBeauty is falsely advertising the Infringing Products with literally false statements. Based on the Court's Opinion and Order (Dkt. 68), Sol de Janeiro focuses its false advertising claims on MCoBeauty's use of "sol" and "sol de janeiro" keywords on MCoBeauty's website to falsely advertise that it offers Sol de Janeiro's Cheirosa Perfume Mists or that the Infringing Products are associated with Sol de Janeiro. MCoBeauty's overall marketing scheme, including its use of the keywords and other advertisements, indicates its intent to trade on Sol de Janeiro's goodwill, confuse consumers, and harm Sol de Janeiro.

#### *i. MCoBeauty's Use of "Sol" and "Sol de Janeiro" as Keywords*

68. MCoBeauty intentionally attempts to mislead and confuse consumers by using "sol de janeiro" and "sol" as keywords on its website. Consumers searching for "sol de janeiro" or "sol" are directed to the Infringing Products and other Sol de Janeiro duplicates.






### *ii. The MCoBeauty YouTube Advertisement*

69. For another instance, since February 2024, MCoBeauty has been advertising on its YouTube Channel a video advertisement for MCoBeauty Fragrance Mist No. 1 (the "MCoBeauty Video Ad"). The MCoBeauty Video Ad has over 8,000 views and 123 "likes" on MCoBeauty's YouTube Channel as of November 4, 2024. The MCoBeauty Video Ad features testimonial endorsements by a social media influencer who uses the handle "@laurenilord" on social media and who MCoBeauty hired, paid for, and has an affiliation, connection, or association with.

70. The MCoBeauty Video Ad features a side-by-side comparison of MCoBeauty Fragrance Mist No. 1 and Sol de Janeiro Cheirosa Perfume Mist 40:



71. The MCoBeauty Video Ad posted by MCoBeauty features the influencer stating that MCoBeauty Fragrance Mist No. 1 “smells exactly” like Sol de Janeiro Cheirosa Perfume Mist 40.

72. The MCoBeauty Video Ad posted by MCoBeauty features the influencer stating that MCoBeauty Fragrance Mist No. 1 “lasts most, if not all day long” and can “hold better than” Sol de Janeiro Cheirosa Perfume Mist 40.

73. The statements in the MCoBeauty Video Ad posted by MCoBeauty, as described in paragraphs 71 and 72, are incorrect because MCoBeauty Fragrance Mist No. 1 does not (i) “smell[] exactly” like Sol de Janeiro Cheirosa Perfume Mist 40; (ii) “last[] most” or “all day long;” and (iii) “hold better than” Sol de Janeiro Cheirosa Perfume Mist 40.

74. Exhibit C is a true and correct copy of the full transcript and caption of the MCoBeauty Video Ad.

75. The MCoBeauty Video Ad is false because, among other reasons, the Infringing Products, including but not limited to MCoBeauty Fragrance Mist No. 1, (a) are not produced with the same materials; (b) do not present the exact same fragrances; and (c) have fragrances which dissipate more quickly than the Sol de Janeiro Products' fragrances.

***iii. The MCoBeauty Trendmood Post***

76. As another example, on or around June 18, 2024, MCoBeauty endorsed, sponsored, supported, authorized, or ratified an Instagram post by popular U.S.-based beauty influencer, Sophie Shab, operating under the Instagram handle, @trendmood1 ("@trendmood1").

77. MCoBeauty hired, paid for, and has an affiliation, connection, or association with @trendmood1 as @trendmood1 is an influencer, ambassador for and/or collaborator with MCoBeauty.

78. The June 18, 2024 Instagram post by @trendmood1 makes false and misleading claims, including that the Infringing Products are copies of, or similar to, the Sol de Janeiro Products and the "scents last all day" (the "MCoBeauty Trendmood Post").

79. The MCoBeauty Trendmood Post had 9,581 "likes," 353 comments, and 1,083 shares as of October 31, 2024.

80. The MCoBeauty Trendmood Post features side-by-side comparisons of the Infringing Products and the Sol de Janeiro Products, as shown below:




81. Exhibit D is a true and correct copy of the MCoBeauty Trendmood Post.

82. The MCoBeauty Trendmood Post's side-by-side comparisons clearly show MCoBeauty's intentional near-copying of the Sol de Janeiro Trade Dress as the similarities are striking and undeniable, as shown below:




83. Exhibit E is a true and correct copy of the full transcript and caption of the MCoBeauty Trendmood Post.

84. The MCoBeauty Trendmood Post also features a voiceover claiming that the Infringing Products' scent notes are identical or nearly identical to the compared Sol de Janeiro Products.

85. The MCoBeauty Trendmood Post falsely claims that the Infringing Products' "scents last all day."

86. The MCoBeauty Trendmood Post also encourages U.S. consumers who are "fans" of the Sol de Janeiro fragrance mists to not "miss this launch" by MCoBeauty.

87. The claim that the Infringing Products are duplicates or copies of Sol de Janeiro Products is literally not true because, among other reasons, the Infringing Products (a) are not produced with the same materials that Sol de Janeiro uses; (b) do not present the same fragrances as the Sol de Janeiro Products; and (c) feature fragrances that dissipate more quickly than the Sol de Janeiro Products' fragrances.

88. Instead, MCoBeauty directly responded to @trendmood1 on Instagram and affirmatively sponsored the MCoBeauty Trendmood Post by liking it and commenting "Love it!" with a heart-eyes smiley emoji:




89. MCoBeauty's affirmative support of the MCoBeauty Trendmood Post constitutes an express adoption of the content of the MCoBeauty Trendmood Post. This is true in light of MCoBeauty's obligations as imposed by federal regulations to train, monitor, and ensure compliance with FTC endorsement guidelines and its own posting of the MCoBeauty Video Ad.

90. MCoBeauty's actions, in endorsing and sponsoring the MCoBeauty Trendmood Post, further MCoBeauty's efforts to falsely associate with Sol de Janeiro's products, Trade Dress, and goodwill.

91. Several of the representations in the MCoBeauty Trendmood Post—which MCoBeauty specifically sponsored, endorsed, and supported—are literally incorrect and therefore directly harm both Sol de Janeiro and its consumers.

***iv. MCoBeauty's Customer Reviews***

92. As another example, MCoBeauty hosts on its website customer reviews for the Infringing Products stating that MCoBeauty's Infringing Products are duplicates or copies of and smell the exact same as the Sol de Janeiro Products (the "MCoBeauty Reviews").

93. Reviews hosted on MCoBeauty's website state that MCoBeauty "[s]mells exactly like sol de janeiro."



[14]

[14] MCoBeauty, *Fragrance Mist No.* 1, https://us.mcobeauty.com/collections/fragrance/products/fragrance-mist?variant=44656504340659 (last visited October 20, 2026); MCoBeauty, Fragrance Mist No. 2, https://us.mcobeauty.com/collections/fragrance/products/fragrance-mist?variant=44656504373427 (last visited October 20, 2026); MCoBeauty, Fragrance Mist No. 3, https://us.mcobeauty.com/collections/fragrance/products/fragrance-mist?variant=44656504406195 (last visited October 20, 2026); MCoBeauty, Fragrance Mist No. 4, https://us.mcobeauty.com/collections/fragrance/products/fragrance-mist?variant=44656504438963 (last visited October 20, 2026);

94. Critically, MCoBeauty has a "review team" that monitors the reviews on its website.[15]

95. MCoBeauty has not removed from its website the false MCoBeauty Reviews despite its obligations to correct false, misleading or unsubstantiated statements.

96. These statements and others found in reviews, which are hosted by MCoBeauty on MCoBeauty's website, are incorrect because, among other reasons, the Infringing Products (a) are not produced with the same materials that Sol de Janeiro uses; (b) do not present the same fragrances as the Sol de Janeiro Products; and (c) feature fragrances that dissipate more quickly than the Sol de Janeiro Products' fragrances.

**B. MCoBeauty's Trade Dress Copying**

97. MCoBeauty's manufacture, advertisement, distribution, sale, and/or shipment of the Infringing Products unfairly and willfully infringes the Sol de Janeiro Trade Dress without Sol

---

MCoBeauty, Fragrance Mist No. 6, https://us.mcobeauty.com/collections/fragrance/products/fragrance-mist?variant=44656504504499 (last visited October 20, 2026); MCoBeauty, Fragrance Mist No. 7, https://us.mcobeauty.com/collections/fragrance/products/fragrance-mist?variant=44656504537267 (last visited October 20, 2026); MCoBeauty, Fragrance Mist No. 0, https://us.mcobeauty.com/collections/fragrance/products/fragrance-mist?variant=44836237148339 (last visited October 20, 2026); MCoBeauty, Fragrance Mist No. 8, https://us.mcobeauty.com/collections/fragrance/products/fragrance-mist?variant=45170624430259 (last visited October 20, 2026); MCoBeauty, Fragrance Mist No. 9, https://us.mcobeauty.com/collections/fragrance/products/fragrance-mist?variant=45170624463027 (last visited October 20, 2026); MCoBeauty Fragrance Mist No. 10, https://us.mcobeauty.com/collections/fragrance/products/fragrance-mist?variant=45170624495795 (last visited October 20, 2026); MCoBeauty Fragrance Mist No. 11, https://us.mcobeauty.com/collections/fragrance/products/fragrance-mist?variant=45170624528563 (last visited October 20, 2026).

[15] MCoBeauty, Terms and Conditions, https://us.mcobeauty.com/pages/terms-and-conditions (last visited October 20, 2026) ("Please note that our review team will update the product reviews on a regular basis, from time to time there may be a lag in reviews being published. Reviews are updated and rotated on a regular basis to provide fair exposure of positive and negative experiences with our products.").

de Janeiro's consent or authorization.

98. A comparison of MCoBeauty's Infringing Products and the Sol de Janeiro Products below shows how the coloring, packaging, bottling, labeling, and presentation of MCoBeauty's Infringing Products are designed to infringe and unfairly copy the Sol de Janeiro Trade Dress.

| MCoBeauty's Infringing Products | Sol de Janeiro Products |
|---|---|
|  |  |
|  |  |













99. The packaging and presentation of the Infringing Products unfairly and unlawfully infringe and copy the overall look and feel of the Sol de Janeiro Trade Dress, including but not limited to the non-functional aspects of the Sol de Janeiro Trade Dress.

100. More specifically, MCoBeauty Fragrances No. 1, No. 2, No. 3, No. 4, No. 0/No. 5, No. 6, No. 7, No. 8, No. 9, No. 10, and No. 11 infringe and copy the Sol de Janeiro Trade Dress and Sol de Janeiro Marks for Sol de Janeiro Cheirosa Body Mist Products.







101. MCoBeauty Fragrances No. 1, No. 2, No. 3, No. 4, No. 0/No. 5, No. 6, No. 7, No. 8, No. 9, No. 10, and No. 11 also copy and infringe the distinctive colors of the Sol de Janeiro

Trade Dress and Sol de Janeiro Marks for Sol de Janeiro Cheirosa Perfume Mists 40, 62, 68, 71, 59, 87, 48, 76, 87, 40, and 48, respectively:

| MCoBeauty Fragrance Mist No. 1 | Sol de Janeiro Cheirosa Perfume Mist 40 |
|---|---|
|  |  |

| MCoBeauty Fragrance Mist No. 2 | Sol de Janeiro Cheirosa Perfume Mist 62 |
|---|---|
|  |  |

| MCoBeauty Fragrance Mist No. 3 | Sol de Janeiro Cheirosa Perfume Mist 68 |
|---|---|
|  |  |

| MCoBeauty Fragrance Mist No. 4 | Sol de Janeiro Cheirosa Perfume Mist 71 |
|---|---|
|  |  |

| MCoBeauty Fragrance Mist No. 5/No. 0 | Sol de Janeiro Cheirosa Perfume Mist 59 |
|---|---|
|   |   |

| MCoBeauty Fragrance Mist No. 6 | Sol de Janeiro Cheirosa Perfume Mist 87 |
|---|---|
|   |   |

<table>
<tr><th>MCoBeauty Fragrance Mist No. 7</th><th>Sol de Janeiro Cheirosa Perfume Mist 48</th></tr>
<tr><td>
</td><td>
</td></tr>
</table>

<table>
<tr><th>MCoBeauty Fragrance Mist No. 8</th><th>Sol de Janeiro Cheirosa Perfume Mist 76</th></tr>
<tr><td>
</td><td>
</td></tr>
</table>

| MCoBeauty Fragrance Mist No. 9 | Sol de Janeiro Cheirosa Perfume Mist 87 |
| --- | --- |
|  |  |

| MCoBeauty Fragrance Mist No. 10 | Sol de Janeiro Cheirosa Perfume Mist 40 |
| --- | --- |
|  |  |

| **MCoBeauty Fragrance Mist No. 11** | **Sol de Janeiro Cheirosa Perfume Mist 48** |
|---|---|
|   |   |

102. MCoBeauty Fragrance Mists No. 0, No. 1, No. 2, No. 3, No. 4, No. 6, No. 7, No. 8, No. 9, No. 10, and No. 11 are offered for sale in the U.S. by MCoBeauty.

103. Attached as Exhibit F are true and correct copies of website screen captures of the Infringing Products offered for sale in the U.S.

104. Use of the Sol de Janeiro Marks, including but not limited to the Sol de Janeiro Trade Dress, on identical goods is willful infringement and unfair competition that harms both Sol de Janeiro and consumers.

105. The MCoBeauty website (us.mcobeauty.com) features several other photos of the Infringing Products that infringe the Sol de Janeiro Trade Dress:




106. Based on MCoBeauty's own packaging and marketing of the Infringing Products, including but not limited to the overall look and feel of the MCoBeauty advertisements, including a number of specific trade dress features of the Infringing Products, MCoBeauty has deliberately designed its products, packaging and marketing to unfairly infringe and copy the Sol de Janeiro Trade Dress, including the unique combination of the look and design of the bottle, cap, and design

elements consistently used, including prominently displayed numbers in a nearly identical white script font encased in thin elongated geometric designs, color schemes, elongated caps with script on the caps, fragrances, and ingredients.

107. Consumers see the Infringing Products as an infringing copy of the Sol de Janeiro Trade Dress and Sol de Janeiro Products. Indeed, in the sampling of customer reviews from MCoBeauty's U.S. website, there is ample evidence that consumers see MCoBeauty's Infringing Products as cheap infringements of the Sol de Janeiro Trade Dress and Sol de Janeiro Products, including but not limited to the following statements:

a. "packaging are very similar to the real one. Scent is a little off and watered down";

b. "Cheap and sickly sweet" and are "pretty sickly sweet and smell[] a bit over the top and cheap. Not really a fan";

c. the Infringing Products' "scent doesn't carry much after 5 minutes after putting it on";

d. the Infringing Products are "a little chemically for me";

e. "at this point it's no longer an alternative it's a copy of someone's work. Imagine working on packaging and scent to someone just copy that and earn money";

f. "How is this not illegal???";

g. "The packaging is very similar. I think it's a copy + paste";

h. "I don't support this at all, I don't support a company that just copies other brands. It's still expensive. I would rather save money and give it to the company who created it than to the one who copied it. No thank you";

i. "How do they get away with this???";

j. "They didn't even try to change packaging";

k. "Sol de Janeiro won't be happy if you ask me";

l. "Hmmm, well that's not fair to the OG brand";

m. "Tbh this don't seem right"; and

n. "Sol de Janeiro needs to lawyer up."

108. The Infringing Products are intentionally infringing knockoffs of Sol de Janeiro Trade Dress and Sol de Janeiro's well-known products as shown by MCoBeauty's careful copying of key elements of the look and feel (the trade dress) of Sol de Janeiro's Products, designed to confuse consumers and unfairly compete with Sol de Janeiro.

109. MCoBeauty intentionally attempts to confuse consumers by using "sol de janeiro" and "sol" as keywords on its website. Consumers searching for "sol de janeiro" or "sol" are directed to the Infringing Products and other Sol de Janeiro duplicates.






110. The Infringing Products unfairly copy and infringe the protectable Sol de Janeiro Trade Dress and amount to infringement and unfair competition in violation of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)), the Federal Trade Commission Act, and various state unfair competition laws.

111. Such actions risk consumer confusion as to source, sponsorship or affiliation with Sol de Janeiro and directly harm both Sol de Janeiro and consumers.

112. MCoBeauty’s actions have been done with the intent to harm Sol de Janeiro’s sales, profits, goodwill, and market share.

113. Before filing this Complaint, Sol de Janeiro wrote to MCoBeauty and advised, among other things, of Sol de Janeiro’s trade dress rights and MCoBeauty’s infringement of those rights and false advertising. Despite this express notice from Sol de Janeiro, MCoBeauty responded by refusing to change its trade dress or advertising and continues to infringe and falsely advertise its Fragrances No. 0, No. 1, No. 2, No. 3, No. 4, No. 6, No. 7, No. 8, No. 9, No. 10, and No. 11.

114. In addition to MCoBeauty Fragrances No. 0, No. 1, No. 2, No. 3, No. 4, No. 6, No. 7, No. 8, No. 9, No. 10, and No. 11, Sol de Janeiro has learned that MCoBeauty has an additional "Jumbo" product size for MCoBeauty Fragrances No. 0, No. 1, No. 2, No. 3, No. 4, No. 6, No. 7, No. 8, No. 9, No. 10, and No. 11 that matches Sol de Janeiro's 8 fl oz Cheirosa bottle size, all of which appear to currently be sold outside of the U.S.




115. Like the Infringing Products, MCoBeauty's "Jumbo" Fragrance Mists No. 0, No. 1, No. 2, No. 3, No. 4, No. 6, No. 7, No. 8, No. 9, No. 10, and No. 11 unfairly mimic the distinctive colors of the Sol de Janeiro Trade Dress and Sol de Janeiro Marks for Sol de Janeiro Cheirosa Fragrance 59, 40, 62, 68, 71, 87, 48, 76, 87, 40, and 48, respectively:

| MCoBeauty Fragrance Mist No. 2 in 8 fl oz | Sol de Janeiro Cheirosa Perfume Mist 62 in 8 fl oz and 3 fl oz |
|---|---|
|   |   |

116. Based on MCoBeauty's misconduct with respect to the Infringing Products, including but not limited to MCoBeauty's unauthorized use of the Sol de Janeiro Marks and Trade Dress and unfair business practices, MCoBeauty appears likely to begin selling MCoBeauty's "Jumbo" Fragrance Mists in the U.S. in the near future.

**COUNT I: FALSE ADVERTISING UNDER 15 U.S.C. § 1125**

117. Sol de Janeiro incorporates by reference the allegations set forth in the preceding paragraphs as if fully rewritten here.

118. MCoBeauty created, distributed, endorsed, sponsored, authorized, ratified, and/or supported marketing materials that include various false and/or misleading statements, including those set forth above. More specifically, MCoBeauty's use of "sol" and "sol de janeiro" as keywords misleads and confuses consumers. MCoBeauty's intent to trade on the goodwill of Sol de Janeiro and mislead and confuse consumers is evidenced by MCoBeauty's actions in which it has itself and through its paid influencers and/or ambassadors affirmatively published, hosted,

endorsed, sponsored and/or supported the false MCoBeauty Video Ad, the MCoBeauty Trendmood Post, and the MCoBeauty Reviews that claimed the Infringing Products are duplicates or copies of the Sol de Janeiro Products.

119. MCoBeauty's statements have caused and will continue to cause Sol de Janeiro significant harm to its goodwill and to its sales.

120. For these reasons, MCoBeauty's statements constitute false advertising in connection with commercial advertising and promotion in willful and intentional violation of § 43(a) of the Lanham Trademark Act, 15 U.S.C. § 1125(a).

121. Sol de Janeiro has been damaged and will continue to be damaged by MCoBeauty's acts unless MCoBeauty is preliminarily and thereafter permanently enjoined.

122. Sol de Janeiro is without an adequate remedy at law.

**COUNT II: TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1125**

123. Sol de Janeiro incorporates by reference the allegations set forth in the preceding paragraphs as if fully rewritten here.

124. MCoBeauty's unauthorized and infringing use of colorable imitations of Sol de Janeiro's Trade Dress in the sale of the Infringing Products is likely to cause confusion, to cause mistake, or to deceive as to the source or sponsorship of MCoBeauty's goods.

125. MCoBeauty's acts complained of in this Count have been deliberate, willful, intentional, and in bad faith, with full knowledge and in conscious disregard of Sol de Janeiro's rights in its marks and with intent to trade off Sol de Janeiro's vast goodwill in its marks.

126. As a result of the foregoing alleged actions of MCoBeauty, MCoBeauty has been unjustly enriched and Sol de Janeiro has been injured and damaged.

127. Unless the foregoing alleged actions of MCoBeauty are enjoined, Sol de Janeiro will continue to suffer injury and damage.

**COUNT III: VIOLATION OF NEW YORK UNFAIR TRADE PRACTICES ACT UNDER N.Y. GEN. BUS. LAW § 349, et seq.**

128. Sol de Janeiro incorporates by reference the allegations set forth in the preceding paragraphs as if fully rewritten here.

129. By reason of the acts set forth above, MCoBeauty has been and is engaged in deceptive acts or practices in the conduct of a business, trade or commerce, in violation of Section 349 of the New York General Business Law.

130. MCoBeauty's conduct is willful and in knowing disregard of Sol de Janeiro's rights.

131. MCoBeauty has been and is engaged in deceptive acts or practices in the conduct of a business, trade or commerce in violation of Section 349 of the New York General Business Law.

132. Sol de Janeiro has no adequate remedy at law.

133. MCoBeauty's conduct has caused and is causing immediate and irreparable injury to Sol de Janeiro and will continue to both damage Sol de Janeiro and deceive the public unless enjoined by this Court.

**JURY DEMAND**

Sol de Janeiro demands a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Sol de Janeiro respectfully demands judgment against MCoBeauty as follows:

A. Preliminarily and permanently enjoining MCoBeauty, including its officers, directors, employees, agents, servants, successors and assigns, as well as all those in active concert and participation with it, from making further false or misleading statements about or relating to Sol de Janeiro's and/or the MCoBeauty products;

B. Preliminarily and permanently enjoining MCoBeauty from selling MCoBeauty Fragrance Mists that infringe the Sol de Janeiro Trade Dress;

C. Ordering that all false or misleading and/or infringing articles in MCoBeauty's possession, including but not limited to products, labels, signs, prints, packaging and advertisements, be delivered to an officer of the Court to be destroyed;

D. Ordering that MCoBeauty recall from all customers, distributors, and agents all false or misleading and/or infringing articles, including but not limited to products, labels, signs, prints, packaging and advertisements, and deliver such articles to an officer of the Court to be destroyed;

E. Ordering that MCoBeauty prepare and distribute corrective advertising sufficient to remedy the harm caused by MCoBeauty's false and/or misleading statements;

F. Assessing against MCoBeauty and awarding to Sol de Janeiro damages, including without limitation actual damages and MCoBeauty's profits, and conducting an accounting to determine such damages;

G. Increasing damages by three times the actual amount found;

H. Awarding Sol de Janeiro the costs of this action and reasonable attorneys' fees; and

I. Granting to Sol de Janeiro such other and further relief as this Court may deem just and proper.

Dated: October 20, 2026

K&L GATES LLP

By: */s/ John J. Cotter*

John J. Cotter (Bar No. 2337574)
john.cotter@klgates.com
Christopher Centurelli (*pro hac vice*)
chris.centurelli@klgates.com
Maggie A. Cooney (*pro hac vice*)
maggie.cooney@klgates.com
1 Congress Street, Suite 2900
Boston, Massachusetts 02114-2023
Phone: 617 261 3100

*Attorneys for Plaintiffs Sol de Janeiro USA, Inc. and Sol de Janeiro IP, Inc.*