**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOL DE JANEIRO USA, INC., and<br>SOL DE JANEIRO IP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MCOBEAUTY PTY LTD and<br>MCOBEAUTY, INC.,<br><br>Defendants. | Case No. 1:24-cv-08862-ER |

**DEFENDANTS MCOBEAUTY PTY LTD and MCOBEAUTY, INC.'S**
**NOTICE OF MOTION TO DISMISS COUNT II OF THE SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the pleadings and the annexed Memorandum of Law, and all prior pleadings and proceedings herein, Defendants MCoBeauty Pty Ltd and MCoBeauty, Inc. ("**MCoBeauty**"), through their attorneys, hereby move this Court, before the Hon. Edgardo Ramos, United States District Judge, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, at a date and time to be determined by this Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing Count II against MCoBeauty with prejudice, limiting Plaintiffs' use of information already resolved by this Court alleged in support of Counts I and III, and awarding such other relief as the Court may deem just and proper.

As further explained in MCoBeauty's Memorandum of Law, Count II of Plaintiffs Sol de Janeiro USA, Inc. and Sol de Janeiro IP, Inc.'s ("**Plaintiffs**" or "**Sol de Janeiro**") Second Amended Complaint ("**SAC**," Dkt. 72) must be dismissed for failing to plead a claim for which relief can be granted. Sol de Janeiro has failed to identify its claimed trade dress with precision.

*See Cardinal Motors, Inc. v. H&H Sports Protection USA Inc.*, 128 F.4th 112, 122-126 (2d Cir. 2025). SDJ's SAC modified its trade dress articulation so that the nine elements previously identified and found adequate by this Court are now an indefinitely claimed "some or all" combination. SAC ¶ 23. This material alteration of the trade dress is fatal to Sol de Janeiro's Count II, Trade Dress Infringement under 15 U.S.C. § 1125. In addition, Sol de Janeiro has repleaded allegations that this Court, in its Opinion and Order (Dkt. 68), previously found to be inactionable and not misleading for Count I, False Advertising under 15 U.S.C. § 1125, and Count III, Unfair Trade Practices under New York General Business Law § 349, et seq. Sol de Janeiro has demonstrated no entitlement to relief as to Count II and impermissibly expands the scope of the acts creating liability for Counts I and III.

Dated: November 3, 2026

Respectfully Submitted,

**POLSINELLI PC**

*/s/ Michelle G. Bernstein*

Michelle G. Bernstein
315 Biscayne Boulevard, Suite 400
Miami, FL 33131
(305) 921-1800
mbernstein@polsinelli.com

Emily C. McNally (admitted *pro hac vice*)
1000 Second Avenue, Suite 3500
Seattle, WA 98104
(206) 393-5400
emcnally@polsinelli.com

John Posthumus
1401 Lawrence Street, Unit 2300
Denver, CO 80202
(303) 572-9300
jposthumus@polsinelli.com

*Counsel for Defendants MCoBeauty Pty Ltd and MCoBeauty, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November, 2026, I caused copies of the Notice of Motion to Dismiss Count II of the Second Amended Complaint, Memorandum of Law in Support of Motion to Dismiss Count II, and [Proposed Order] Granting Motion to be served to all counsel of record via ECF.

Dated: November 3, 2026

**POLSINELLI PC**

*/s/ Michelle G. Bernstein*
Michelle G. Bernstein

*Counsel for Defendants MCoBeauty Pty Ltd and MCoBeauty, Inc.*