UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOL DE JANEIRO USA, INC. *and*
SOL DE JANEIRO IP, INC.,

Plaintiffs,

*– against –*

MCOBEAUTY PTY LTD *and*
MCOBEAUTY, INC.,

Defendants.

**ORDER**

24-cv-8862 (ER)

RAMOS, D.J.:

On November 20, 2024, Sol De Janeiro brought this action against MCoBeauty, alleging that MCoBeauty engaged in false advertising, trade dress infringement, and unfair competition by copying Sol de Janeiro's fragrance mist products. Docs. 1, 41. On September 30, 2026, the Court granted in part and denied in part MCoBeauty's motion to dismiss. Doc. 68. On October 20, 2026, Sol de Janeiro filed a Second Amended Complaint, Doc. 72, and on November 3, 2026, MCoBeauty moved to dismiss, Doc. 73. Sol de Janeiro is directed to file the opposition, if any, by November 25, 2026, and MCoBeauty is directed to file the reply, if any, by December 2, 2026.

It is SO ORDERED.

Dated: November 5, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.