**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SOL DE JANEIRO USA, INC. and
SOL DE JANEIRO IP, INC.,

Plaintiffs,

v.

MCOBEAUTY PTY LTD and
MCOBEAUTY, INC.,

Defendants.

Case No. 2:24-cv-08862-ER

## DECLARATION OF JOHN J. COTTER

I, John J. Cotter, declare under penalty of perjury of the laws of the United States as follows:

1. I am a Partner at the law firm K&L Gates LLP and represent Sol de Janeiro USA, Inc. and Sol de Janeiro IP, Inc. (collectively, "Sol de Janeiro") in this case.

2. On March 13, 2026, Sol de Janeiro IP, Inc. served its First Supplemental Objections and Responses to MCoBeauty's First Set of Interrogatories (Nos. 1–20) ("Supplemental Responses"). The first supplemental response to Interrogatory No. 1 added the phrase "some or all" to Sol de Janeiro's trade dress definition.

3. I attended MCoBeauty's Rule 30(b)(6) depositions of Sol de Janeiro's Chief Executive Officer, Jordan Saxemard, on September 18, 2026 and of its Chief Supply Chain Officer and designated nonfunctionality witness, Scott Schienvar, on September 30, 2026. At those depositions, MCoBeauty questioned both witnesses about Sol de Janeiro's use of the phrase "some or all" in its trade dress definition.

4. When discovery resumes, MCoBeauty will have the opportunity to depose another Sol de Janeiro 30(b)(6) witness, Senior Vice President of Global Product Marketing Valérie Bonime, on the trade dress definition.

Date: November 25, 2026 *<u>/s/ John J. Cotter</u>*